# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON LEON GRIFFIN

NO. 2026 KW 0065

APRIL 8, 2026

---

In Re:     Jason Leon Griffin, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           5305-F-2020.

---

BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

     WRIT DENIED. As an indigent inmate, relator is entitled to
receive certain court documents, such as the bill of information,
commitment papers, court minutes for various portions of the trial,
and minutes of his sentencing, free of charge without the necessity
of establishing a particularized need. See **State ex rel. Simmons
v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094 (*per curiam*). As
to all other documents, an indigent inmate has the constitutional
right to free copies only in those instances in which he shows
that denial of the request will deprive him of an adequate
opportunity to present his claims fairly. Meeting that
constitutional threshold requires a showing of a particularized
need. An inmate therefore cannot make a showing of particularized
need absent a properly filed application for postconviction
relief, which sets out specific claims of constitutional errors
requiring the requested documentation for support. See **State ex
rel. Bernard v. Criminal District Court Section "J"**, 94-2247 (La.
4/28/95), 653 So.2d 1174 (*per curiam*). There is no indication that
relator has filed an application for postconviction relief in this
matter. Accordingly, the district court did not abuse its
discretion by denying the motion for production of documents.

                              MRT
                              KEB
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.